UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STANLEY PIGOTT, ) | Case No. C05-963-TSZ-JPD |
| Petitioner, ) | |
| ) | ORDER DENYING PETITIONER'S |
| v. ) | REQUEST FOR A BAIL HEARING |
| ) | |
| RICHARD MORGAN, ) | |
| Respondent. ) | |

This matter comes before the Court upon petitioner's motion for a bail hearing in connection with his 28 U.S.C. § 2254 petition for habeas corpus. Dkt. No. 17. Having carefully reviewed petitioner's motion and the available record, the Court ORDERS as follows:

(1) Petitioner's motion for a bail hearing, Dkt. No. 17, is DENIED. State court judgments carry a presumption of finality and legality. *McKenzie v. McCormick*, 27 F.3d 1415, 1418 (9th Cir. 1994), *cert. denied*, 513 U.S. 1118 (1995). Petitioner's motion fails to provide a sufficient factual or legal basis for granting the relief requested. The Court therefore declines to grant a bail hearing at this time.

(2) The Clerk shall direct copies of this Order to petitioner, to counsel for respondent, and to the Honorable Thomas S. Zilly.

01    DATED this 13th day of September, 2005.

						/s/ James P. Donohue
						_____
						JAMES P. DONOHUE
						United States Magistrate Judge

ORDER DENYING PETITIONER'S REQUEST FOR A
BAIL HEARING
PAGE -2