UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH STANLEY PIGOTT, | ) | Case No. C05-963-TSZ-JPD |
| Petitioner, | ) | |
| v. | ) | MINUTE ORDER |
| RICHARD MORGAN, | ) | |
| Respondent. | ) | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Petitioner's motion for a certificate of appealability, docket no. 31, and the State's response thereto, docket no. 34, Petitioner's motion is DENIED. Petitioner has failed to exhaust his state court remedies.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 28th day of December, 2005.

BRUCE RIFKIN, Clerk

01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By   /s Casey Condon
     Casey Condon
     Deputy Clerk